# United States Court of Appeals
## For the First Circuit

No. 26-1564

RANDALL COLLIER,

Plaintiff - Appellant,

v.

STATE OF NEW HAMPSHIRE,

Defendant - Appellee,

MICHAEL GARNER; JAMES M. CARROLL; GORDON; LAURA E. B. LOMBARDI; N.H. CIRCUIT COURT, 4TH CIRCUIT, FAMILY DIVISION-LACONIA; N.H. CIRCUIT COURT, 8TH CIRCUIT, FAMILY DIVISION KEENE AND DISTRICT DIVISION-KEENE; N.H. SUPERIOR COURT, CHESHIRE COUNTY; TESSIER RYAN; JOHNSON; FORREST; HILLARY MAY; PRISCILLA DUDEK; MARK LABELLE; BUREAU OF CHILD SUPPORT SERVICES, (BCSS); NH DEPARTMENT OF HEALTH AND HUMAN SERVICES, JOHN/JANE DOES 1-20,

Defendants.

**APPELLEE'S BRIEFING NOTICE**

Issued: August 3, 2026

Appellee's brief must be filed by **September 2, 2026**.

The deadline for filing appellant's reply brief will run from service of appellee's brief in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **December, 2026** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's

website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a timely brief in compliance with the federal and local rules could result in the appellee not being heard at oral argument.** <u>See</u> **1st Cir. R. 45.0.**

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry - (617) 748-4275


cc:
Randall Collier
John M. Formella