Randall Collier

26 Joslin Rd

Surry, New Hampshire 03431

Phone: (603) 803-2648

Email: 042611t@gmail.com

August 10, 2026

Clerk of Court

United States Court of Appeals for the First Circuit

John Joseph Moakley United States Courthouse

1 Courthouse Way, Suite 2500

Boston, MA 02210

**RE: Collier v. State of New Hampshire, et al., No. 26-1564**

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY UNDER FED. R. APP. P. 28(j)**

**PATTERN OF NON-ENGAGEMENT ACROSS MULTIPLE DISTRICT JUDGES**

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiff-Appellant Randall

Collier respectfully submits this Second Notice of Supplemental Authority to

inform this Court of developments in the District of New Hampshire since the filing of the Principal Brief on July 28, 2026, which confirm the institutional pattern of non-engagement identified in the brief.

On August 4, 2026, Chief District Judge Samantha D. Elliott, in the related habeas case Collier v. Cheshire County Sheriff, Case No. 1:26-cv-00448-SE-AJ, adopted Magistrate Judge Andrea K. Johnstone's Report and Recommendation and dismissed Appellant's habeas petition without prejudice. Judge Elliott's order did not engage with the structural constitutional arguments raised in the objections, including the Title IV-D financial incentive challenge under Tumey v. Ohio, 273 U.S. 510 (1927), the void warrant argument under Norton v. Shelby County, 118 U.S. 425 (1886), or the Clerk's erroneous rejection of a Next Friend habeas filing under 28 U.S.C. § 2242.

This development is pertinent to the issues presented in this appeal because it establishes that the pattern of non-engagement with Appellant's structural constitutional challenge is not limited to a single judge. The record now shows:

(1) Magistrate Judge Johnstone denied the habeas petition in twenty-four hours on June 2, 2026, without waiting for a response from respondents, and recommended dismissal on exhaustion grounds without addressing Axon Enterprise, Inc. v. FTC, 598 U.S. 175 (2023), which holds that structural challenges bypass exhaustion;

(2) District Judge McAuliffe adopted Magistrate Judge Saint-Marc's R&R in one paragraph on April 30, 2026, without conducting the de novo review required by Fed. R. Civ. P. 72(b)(3), and denied reconsideration with a single word on May 13, 2026, without engaging SEC v. Jarkesy, 603 U.S. 109 (2024), Loper Bright Enterprises v. Raimondo, 603 U.S. 369 (2024), or any of Appellant's constitutional arguments;

(3) Chief Judge Elliott adopted Judge Johnstone's R&R on August 4, 2026, and dismissed without engaging the structural challenge, the financial incentive documents, or the documented obstruction of Appellant's access to the courts during fifty-five days of incarceration;

(4) Clerk of Court Tracy A. Uhrin erroneously rejected a Next Friend habeas petition filed under 28 U.S.C. § 2242 on June 12, 2026, citing Fed. R. Civ. P. 11 instead of the controlling habeas statute, delaying habeas review while Appellant was incarcerated on a no-bond hold for a misdemeanor charge. Whitmore v. Arkansas, 495 U.S. 149 (1990). The same Clerk Uhrin then signed the judgment closing the case on August 5, 2026;

Two district judges, one magistrate judge, and the Clerk of Court in the District of New Hampshire have each independently declined to engage with Appellant's structural constitutional challenge to the Title IV-D administrative adjudication

scheme. This institutional pattern of non-engagement is itself the error this Court is asked to correct. Appellant respectfully requests that this Court consider these developments in deciding the pending appeal.

Respectfully submitted,

/s/ RANDALL COLLIER

Randall Collier

*Plaintiff-Appellant, Pro Se*

*United States Navy Veteran*

*Attachment: Order dated August 4, 2026, Case No. 1:26-cv-00448-SE-AJ (Elliott, C.J.)*

*cc: All parties of record (no defendant has entered an appearance)*

## Clerk's Orders/Judgments

1:26-cv-00448-SE-AJ Collier v.
Cheshire County Sheriff

ADMIN

### U.S. District Court

### District of New Hampshire

### Notice of Electronic Filing

The following transaction was entered on 8/5/2026 at 11:11 AM EDT and filed on 8/5/2026
**Case Name:**        Collier v. Cheshire County Sheriff
**Case Number:**      1:26-cv-00448-SE-AJ
**Filer:**
**WARNING: CASE CLOSED on 08/05/2026**
**Document Number:** 7

**Docket Text:**
**JUDGMENT is hereby entered in accordance with [6] Order on Report and Recommendation. Signed by Tracy A. Uhrin, Clerk of Court.** *(Case Closed)* **(lw)**

**1:26-cv-00448-SE-AJ Notice has been electronically mailed to:**

**1:26-cv-00448-SE-AJ Notice, to the extent appropriate, must be delivered conventionally to:**

Randall Collier
#240004722
Cheshire County Department of Corrections
825 Marlboro Road
Keene, NH 03431

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=8/5/2026] [FileNumber=3122327-0]
[2a2bab3e634a24e961ab1cddfaf65c8dea71ea88c2fb03b7715c8a329d9bc5ca5748
e3d529cf66c7e75f7196ac1dc26e458e77a9618a975ee843e3e9250181a8]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Randall Collier

v.                                              Case No. 26-cv-448-SE

Cheshire County Sheriff, et al


JUDGMENT


Judgment is hereby entered in accordance with the Order by Chief Judge Samanth D. Elliott dated August 4, 2026, approving the Report and Recommendation dated June 2, 2026.


By the Court:

Tracy A. Uhrin
Clerk of Court


Date: August 5, 2026

cc:  Randall Collier, pro se

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Randall Collier

v.                                                                          Case No. 26-cv-448-SE

Cheshire County Sheriff, et al


## ORDER

After due consideration of the objection and amended objection filed, I herewith approve

the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 2, 2026,

for the reasons set forth therein. The petition is dismissed without prejudice. Additionally,

finding that the petitioner has failed to make substantial showing of the denial of a constitutional

right and reasonable jurists would not find it debatable whether Judge Johnstone was correct on

procedural grounds, the court declines to issue a certificate of appealability.  See 28 U.S.C. §

2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR

22.0.

The clerk of court shall enter judgment and close the case.

So Ordered.


Samantha D. Elliott
Chief Judge, US District Court


Date: August 4, 2026

cc:     Randall Collier, pro se

## Orders on Motions
<u>1:26-cv-00448-SE-AJ Collier v.</u>
<u>Cheshire County Sheriff</u>

ADMIN

### U.S. District Court

### District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 8/4/2026 at 9:20 AM EDT and filed on 8/4/2026
**Case Name:**          Collier v. Cheshire County Sheriff
**Case Number:**     <u>1:26-cv-00448-SE-AJ</u>
**Filer:**
**Document Number:** <u>6</u>

**Docket Text:**
**///ORDER approving [2] Report and Recommendation.** *The clerk of court shall enter judgment and close the case.* **So Ordered by Chief District Judge Samantha D. Elliott.(lw)**

**1:26-cv-00448-SE-AJ Notice has been electronically mailed to:**

**1:26-cv-00448-SE-AJ Notice, to the extent appropriate, must be delivered conventionally to:**

Randall Collier
#240004722
Cheshire County Department of Corrections
825 Marlboro Road
Keene, NH 03431

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=8/4/2026] [FileNumber=3121589-0]
[8152bced3cf3bf498c951c9c8bfb25cae1e6d438c0f5e96cff506f164c130df98bf9
7e4f15eb404cc25ace7fafe14bc0f4655b9a5e19ccc9dac2bf6bba6560c3]]