# United States Court of Appeals
## For the First Circuit

No. 26-1564

RANDALL COLLIER,

Plaintiff - Appellant,

v.

STATE OF NEW HAMPSHIRE,

Defendant - Appellee,

MICHAEL GARNER; JAMES M. CARROLL; GORDON; LAURA E. B. LOMBARDI; N.H. CIRCUIT COURT, 4TH CIRCUIT, FAMILY DIVISION-LACONIA; N.H. CIRCUIT COURT, 8TH CIRCUIT, FAMILY DIVISION KEENE AND DISTRICT DIVISION-KEENE; N.H. SUPERIOR COURT, CHESHIRE COUNTY; TESSIER RYAN; JOHNSON; FORREST; HILLARY MAY; PRISCILLA DUDEK; MARK LABELLE; BUREAU OF CHILD SUPPORT SERVICES, (BCSS); NH DEPARTMENT OF HEALTH AND HUMAN SERVICES, JOHN/JANE DOES 1-20,

Defendants.

Before

Montecalvo, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: August 17, 2026

Plaintiff-appellant Randall Collier's motion for a stay of state court proceedings pending appeal is denied, as appellant has not demonstrated a strong likelihood of success on the merits. See Respect Maine PAC v. McKee, 622 F.3d 13, 15 (1st Cir. 2010) (factors governing motion for injunction or stay pending appeal). The motion to expedite is denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Randall Collier
John M. Formella