# United States Court of Appeals
## For the First Circuit

No. 26-1564

RANDALL COLLIER,

Plaintiff - Appellant,

v.

STATE OF NEW HAMPSHIRE,

Defendant - Appellee,

MICHAEL GARNER; JAMES M. CARROLL; GORDON; LAURA E. B. LOMBARDI; N.H. CIRCUIT COURT, 4TH CIRCUIT, FAMILY DIVISION-LACONIA; N.H. CIRCUIT COURT, 8TH CIRCUIT, FAMILY DIVISION KEENE AND DISTRICT DIVISION-KEENE; N.H. SUPERIOR COURT, CHESHIRE COUNTY; TESSIER RYAN; JOHNSON; FORREST; HILLARY MAY; PRISCILLA DUDEK; MARK LABELLE; BUREAU OF CHILD SUPPORT SERVICES, (BCSS); NH DEPARTMENT OF HEALTH AND HUMAN SERVICES, JOHN/JANE DOES 1-20,

Defendants.

**ORDER OF COURT**

Entered: September 11, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellee State of New Hampshire failed to file a brief and therefore will not be heard at oral argument except by permission of the court. See Fed. R. App. P. 31(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Randall Collier
John M. Formella