# United States Court of Appeals
## For the First Circuit

---

No. 26-1564

RANDALL COLLIER,

Plaintiff - Appellant,

v.

STATE OF NEW HAMPSHIRE,

Defendant - Appellee,

MICHAEL GARNER; JAMES M. CARROLL; GORDON; LAURA E. B. LOMBARDI; N.H. CIRCUIT COURT, 4TH CIRCUIT, FAMILY DIVISION-LACONIA; N.H. CIRCUIT COURT, 8TH CIRCUIT, FAMILY DIVISION KEENE AND DISTRICT DIVISION-KEENE; N.H. SUPERIOR COURT, CHESHIRE COUNTY; TESSIER RYAN; JOHNSON; FORREST; HILLARY MAY; PRISCILLA DUDEK; MARK LABELLE; BUREAU OF CHILD SUPPORT SERVICES, (BCSS); NH DEPARTMENT OF HEALTH AND HUMAN SERVICES, JOHN/JANE DOES 1-20,

Defendants.

---

Before

Montecalvo, Aframe, and Dunlap,
Circuit Judges.

---

**ORDER OF COURT**

Entered: September 21, 2026

Plaintiff-appellant Randall Collier's renewed motion for a stay of state court proceedings pending appeal is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Randall Collier, John M. Formella